THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* AL ROSEN, Appellant.

Argued October 5, 1937; decided October 22, 1937.

*George H. Rosen* and *Rose Silverstein* for appellant.

*William Deckelman, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.